## Horace Arnold v. The Village of Decatur.

*Eminent domain: Attempt to purchase: Condition precedent.* An attempt to agree with the owner upon a purchase of the premises is a condition precedent to adverse proceedings to take private property to widen a village street.

*Necessity of the taking: Jury.* In such proceedings it is essential that the jury pass upon the necessity of the taking for public use.

*Submitted on briefs January 28.    Decided January 29.*

*Certiorari* to Chester H. Hopkins, justice of the peace.

This was a proceeding to take private property to widen a street in the village of Decatur.

*Severens & Boudeman,* for plaintiff in *certiorari.*

*Foster & Coleman,* for defendant in *certiorari.*

COOLEY, J.

The point made in this case, that an attempt to agree with the owner upon a purchase of the premises was a condition precedent to adverse proceedings, was ruled in *Chicago &c. R. R. Co. v. Sanford, 23 Mich., 418.*

That it was essential the jury should pass upon the necessity for the taking was decided in *Mansfield &c. R. R. Co. v. Clark, 23 Mich., 519; Grand Rapids &c. R. R. Co. v. Van Driele, 24 Mich., 409;* and *McClary v. Hartwell, 25 Mich., 139.*

On these two grounds the proceedings must be reversed, with costs.

CAMPBELL, J., and GRAVES, CH. J., concurred.

CHRISTIANCY, J., did not sit in this case.